UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF
THE PREMISES LOCATED AT THE GPS
COORDINATES OF APPROX. 37.52536,
-91.68811 MORE FULLY DESCRIBED IN
ATTACHMENT A.

)
)
)
)
)
)
)
)
)
)

No.   4:26 MJ 2044 JSD

**FILED UNDER SEAL**

## ORDER FOR SEALING

On motion of the United States of America, IT IS HEREBY ORDERED that the warrant, along with its application, affidavit, and return, and this Order issued thereto, be sealed until August 5, 2026 except for the limited purposes of providing same to defendant counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the United States establishing that: (a) the United States has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

HONORABLE JOSEPH S. DUEKER
United States Magistrate Judge

Dated this  5th  day of February, 2026.

3