UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN THE MATTER OF THE SEARCH OF THE | ) | No. 4:26 MJ 2044 JSD |
| PREMISES LOCATED AT: THE GPS | ) | |
| COORDINATES OF APPROX. 37.52536, - | ) | **FILED UNDER SEAL** |
| 91.68811 MORE FULLY DESCRIBED IN | ) | |
| ATTACHMENT A. | ) | |

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through Mohsen Pasha, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s) along with the application, affidavit, return and other related documents filed in this matter.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/Mohsen Pasha*
MOHSEN PASHA#67373MO
Assistant United States Attorney

Signed this    27th of July, 2026